```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NEUMENTUM, INC.,

                        Plaintiff,                        21-CV-09838 (ALC)(SN)

     -against-                                        **ORDER**

ANCORIS CAPITAL PARTNERS LLC,

                        Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A conference to address Plaintiff's motion for leave to file an amended complaint is scheduled for Thursday, October 06, 2022, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      October 3, 2022
                 New York, New York