```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NEUMENTUM, INC.,

                           Plaintiff,

       -against-

ANCORIS CAPITAL PARTNERS LLC,

                           Defendant.

-----------------------------------------------------------------X

21-CV-09838 (ALC)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

       Upon request of the parties, the conference currently scheduled for Thursday, October 06, 2022, at 2:00 p.m. is RESCHEDULED for Wednesday, October 26, 2022, at 2:30 p.m.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 4, 2022
               New York, New York