UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NEUMENTUM, INC.,

                                         Plaintiff,                    21-CV-09838 (ALC)(SN)

        -against-                                        **ORDER**

ANCORIS CAPITAL PARTNERS LLC,

                                         Defendant.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Due to a conflict in the Court's calendar, the conference currently scheduled for Wednesday, October 26, 2022, at 2:30 p.m. is RESCHEDULED for 2:00 p.m. that same day.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       October 24, 2022
                 New York, New York