```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NEUMENTUM, INC.,

                               Plaintiff,

           -against-

ANCORIS CAPITAL PARTNERS LLC,

                              Defendant.

-----------------------------------------------------------------X

21-CV-09838 (ALC)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

      Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with Judge Carter no later than February 27, 2023.

**SO ORDERED.**

                                                          _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     February 13, 2023
               New York, New York