UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

NEUMENTUM, INC.,

                            Plaintiff,

      -against-

ANCORIS CAPITAL PARTNERS LLC,

                          Defendant.

---------------------------------------------------------------- x

21-CV-09838 (ALC)

**BRIEFING ORDER**

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of the parties' renewed submissions regarding a potential motion for summary judgment. ECF Nos. 46 and 47. Defendant is granted leave to file a motion for summary judgment. The parties are directed to adhere to the following briefing schedule:

Defendant's Motion for Summary Judgment: March 16, 2023.

Plaintiff's Opposition: April 6, 2023.

Defendants' Reply (if any): April 13, 2023.

If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before March 2.

**SO ORDERED.**

Dated:     **New York, New York**
              **February 23, 2023**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**