**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Mar. 31, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEUMENTUM, INC.,

        Plaintiff,

vs.

ANCORIS CAPITAL PARTNERS LLC,

        Defendant.

Case No. 21 Civ. 09838 (ALC) (SN)

**AMENDED BRIEFING ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff Neumentum, Inc.'s letter requesting a short extension to the opposition and reply deadlines for the summary judgment motion filed by Defendant Ancoris Capital Partners LLC due to religious holidays. The Court grants Plaintiff's request, and directs the parties to adhere to the following amended briefing schedule:

Plaintiff's Opposition: April 11, 2023.

Defendants' Reply (if any): April 24, 2023.

**SO ORDERED.**

Dated: New York, New York
      March 30, 2023

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**